IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEPHTE AGUILAR                                                    PLAINTIFF

v.                       CASE NO. 2:19-CV-2044

ANDREW M. SAUL, Commissioner,
Social Security Administration                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED** this March 18, 2020.

*/s/ P. K. Holmes III*
P. K. HOLMES III
U.S. DISTRICT JUDGE